# United States District Court

## Southern District of Georgia

National Union Fire Insurance Company of Pittsburgh, Pa.
_____
Plaintiff

v.

SSU Foundation Real Estate Ventures, LLC, et al.
_____
Defendant

Case No.  4:24-cv-00034-RSB-CLR

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __17th__ day of __April__, __2024__.

_____
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:  Nancy F. Rigby

Business Address:  Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
Firm/Business Name

3344 Peachtree Road, Suite 2400
Street Address

_____ Atlanta  GA  30326
Street Address (con't)  City  State  Zip

same
Mailing Address (if other than street address)

_____ _____ _____ _____
Address Line 2  City  State  Zip

404-876-2700                                605453
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:  nrigby@wwhgd.com