IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>  Plaintiff,<br><br>  v.<br><br>SSU FOUNDATION REAL ESTATE VENTURES, LLC; MADEIHA CLARKE, individually as the mother of Kaleel Clarke; and KENNETH FRAZIER, individually and as the father of Kaleel Clarke,<br><br>  Defendants. | CIVIL ACTION NO.: 4:24-cv-34 |

**O R D E R**

On May 1, 2024, counsel for Plaintiff and counsel for Defendants advised the Court that the parties have reached a settlement of this matter and that they intend to dismiss the case once the settlement documentation is finalized.  (Doc. 18.)  Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action.  See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within **sixty (60) days** of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement.  In the

alternative, the parties may simply file a joint stipulation of dismissal.  If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within **sixty (60) days**, the Court will *sua sponte* dismiss the case with prejudice.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

    **SO ORDERED**, this 13th day of May, 2024.

    R. STAN BAKER, CHIEF JUDGE
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA