IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>    Plaintiff,<br><br>    v.<br><br>SSU FOUNDATION REAL ESTATE VENTURES, LLC; MADEIHA CLARKE, individually as the mother of Kaleel Clarke; and KENNETH FRAZIER, individually and as the father of Kaleel Clarke,<br><br>    Defendants. | CIVIL ACTION NO.: 4:24-cv-34 |

**O R D E R**

On May 13, 2024, the Court administratively closed this action as the case had settled. (Doc. 19.)  Presently before the Court is a Stipulation of Dismissal With Prejudice, signed by counsel for Plaintiff and counsel for Defendants, wherein the parties state that they agree and stipulate to the dismissal of this action with prejudice. (Doc. 20.)  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.

The Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** any pending motions, and **CLOSE** this case.

    **SO ORDERED**, this 24th day of May, 2024.

 

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA